**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**NATIONAL ORGANIZATION FOR WOMEN,**
*et al.*,

       **Plaintiffs,**

  vs.                        **Miscellaneous No. 2:05-MC-001
Judge Marbley
Magistrate Judge King**

**OPERATION RESCUE,** *et al.*,

       **Defendants.**

## ORDER

This matter was recently assigned to the undersigned.

Plaintiffs are **DIRECTED** to report on the status of the pending motions, Doc. Nos. 10, 11, no later than November 3, 2008.


October 20, 2008                    *s/Norah McCann King*
                                              Norah M<sup>c</sup>Cann King
                                 United States Magistrate Judge