IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

NATIONAL ORGANIZATION
FOR WOMAN, et al.,

   Plaintiffs,

v.             CASE NO. 2:05-MC-001
               Judge Alegenon L. Marbley
               Magistrate Judge Norah McCann King

OPERATION RESCUE,
 et al.,

   Defendants.

## TRANSFER ORDER

This case is hereby transferred from the docket of Judge Alegenon L. Marbley to the docket of Judge Edmund A. Sargus, Jr.

IT IS SO ORDERED.

ALGENON L. MARBLEY       EDMUND A. SARGUS, JR.
United States District Judge      United States District Judge